UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2005 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SA CR 06- 92 |
| Plaintiff, | ) | |
| | ) | **I N D I C T M E N T** |
| v. | ) | |
| | ) | [18 U.S.C. § 1832(a)(1): |
| TIEN SHIAH, | ) | Misappropriation of Trade |
| | ) | Secrets; 18 U.S.C. § |
| Defendant. | ) | 1832(a)(2): Unauthorized |
| | ) | Copying of Trade Secrets; 18 |
| | ) | U.S.C. § 1832(a)(3): |
| | ) | Unauthorized Possession of |
| | ) | Trade Secrets] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

1. Defendant TIEN SHIAH worked for Broadcom Corporation in Orange County, within the Central District of California, from January 2001 through August 8, 2003 as a Product Line Manager. In that capacity, defendant TIEN SHIAH had access to various trade secrets owned by Broadcom Corporation.

2. At all times relevant to this indictment, Broadcom Corporation ("Broadcom"), from its location in Orange County and

TSM:tsm

elsewhere, designed and marketed semiconductor chips for use in broadband communications devices.

3. In or around June 2003, defendant TIEN SHIAH began looking for new employment. Toward that end, defendant TIEN SHIAH interviewed with Marvell Semiconductors ("Marvell"), a company that designed and marketed semiconductor chips for use in broadband communications devices. At the conclusion of the interview process in the Summer of 2003, defendant TIEN SHIAH accepted an offer of employment from Marvell.

4. From July 2003 through August 2003, prior to departing Broadcom to begin employment at Marvell, defendant TIEN SHIAH accessed trade secrets on Broadcom's internal database, and copied them onto a personal computer storage device.

5. Prior to departing his employment at Broadcom in August 2003, defendant TIEN SHIAH deleted from his Broadcom-issued laptop records of his computer activity.

//
//
//
//
//
//
//
//
//

## COUNT ONE

[18 U.S.C. § 1832(a)(1)]

6. Between on or about July 22, 2003 and on or about August 8, 2003, in Orange County, within the Central District of California, defendant TIEN SHIAH, did knowingly steal and appropriate without authorization trade secrets, specifically the computer files owned by Broadcom listed below, related to and included in a product that is produced for and placed in interstate and foreign commerce, intending that the theft would economically benefit someone other than Broadcom, and intending and knowing that the offense would injure Broadcom.

| FILE NAME | DESCRIPTION OF FILE |
|---|---|
| Q303-ControlStd1.xls/Std03Q3.xls | contains information about Broadcom's manufacturing specifications and costs for chips |
| PalomarConceptApprovalrev1.ppt | contains information about Broadcom's next generation technology |
| CA_arch1-0703.ppt | contains information about Broadcom's next generation technology |
| ROI_V008_PalomarDiablo_concept_approval.xls | contains information about Broadcom's next generation technology |
| Competitive Gb Analysis 6-16-03.xls | contains information about Broadcom's pricing and costs for products |
| Tier 1 volumes.xls | contains information about Broadcom's customers' products and needs |

| | |
|---|---|
| All Designs 7-24-03.xls | contains information about Broadcom's products |
| Rebates-5-27-03.xls | contains pricing information for Broadcom's customers |
| Network cc action items 8-04-03.xls | contains information about a Broadcom customer |

COUNT TWO

[18 U.S.C. § 1832(a)(2)]

7.  Paragraphs 1 through 5 are re-alleged and incorporated by reference as though set forth in full.

8.  Between on or about July 22, 2003 and on or about August 8, 2003, in Orange County, within the Central District of California, defendant TIEN SHIAH, did knowingly copy and duplicate without authorization trade secrets, specifically the computer files owned by Broadcom listed below, related to and included in a product that is produced for and placed in interstate and foreign commerce, intending that the copying and duplication would economically benefit someone other than Broadcom, and intending and knowing that the offense would injure Broadcom.

| FILE NAME | DESCRIPTION OF FILE |
| --- | --- |
| Q303-ControlStd1.xls/Std03Q3.xls | contains information about Broadcom's manufacturing specifications and costs for chips |
| PalomarConceptApprovalrev1.ppt | contains information about Broadcom's next generation technology |
| CA_arch1-0703.ppt | contains information about Broadcom's next generation technology |
| ROI_V008_PalomarDiablo_concept_approval.xls | contains information about Broadcom's next generation technology |

5

| | |
|---|---|
| Competitive Gb Analysis 6-16-03.xls | contains information about Broadcom's pricing and costs for products |
| Tier 1 volumes.xls | contains information about Broadcom's customers' products and needs |
| All Designs 7-24-03.xls | contains information about Broadcom's products |
| Rebates-5-27-03.xls | contains pricing information for Broadcom's customers |
| Network cc action items 8-04-03.xls | contains information about a Broadcom customer |

COUNT THREE

[18 U.S.C. § 1832(a)(3)]

9.  Paragraphs 1 through 5 are re-alleged and incorporated by reference as though set forth in full.

10. Beginning on or about August 8, 2003 and continuing to on or about September 26, 2003, in Orange County, within the Central District of California, and elsewhere, defendant TIEN SHIAH did possess the trade secrets of Broadcom listed below, knowing them to have been stolen and appropriated without authorization, which trade secrets related to and were included in a product that is produced for and placed in interstate and foreign commerce, intending that such possession would economically benefit someone other than Broadcom, and intending and knowing that the offense would injure Broadcom.

| FILE NAME | DESCRIPTION OF FILE |
|---|---|
| Q303-ControlStd1.xls/Std03Q3.xls | contains information about Broadcom's manufacturing specifications and costs for chips |
| PalomarConceptApprovalrev1.ppt | contains information about Broadcom's next generation technology |
| CA_arch1-0703.ppt | contains information about Broadcom's next generation technology |
| ROI_V008_PalomarDiablo_concept_approval.xls | contains information about Broadcom's next generation technology |

| | |
|---|---|
| Competitive Gb Analysis 6-16-03.xls | contains information about Broadcom's pricing and costs for products |
| Tier 1 volumes.xls | contains information about Broadcom's customers' products and needs |
| All Designs 7-24-03.xls | contains information about Broadcom's products |
| Rebates-5-27-03.xls | contains pricing information for Broadcom's customers |
| Network cc action items 8-04-03.xls | contains information about a Broadcom customer |

A TRUE BILL

/s/
_____
Foreperson

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

WAYNE R. GROSS
Assistant United States Attorney
Chief, Santa Ana Branch Office