AO 83 (Rev. 12/85) Summons in Criminal Case

FILED
2006 MAY 31  AM 10: 45

# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA

v.

TIEN SHIAH

SUMMONS IN A CRIMINAL CASE

ORIGINAL

CASE NUMBER: SA CR 06-92

TO:   Tien Shiah
      c/o Tom Nolan
      Nolan Armstrong
      600 University Avenue
      Palo Alto, CA 94306-2076

YOU ARE HEREBY COMMANDED to appear before the United States District Court at the place, date and time set forth below.

| Place: | Ronald Reagan Federal Building and U.S. Courthouse<br>411 West Fourth Street<br>Santa Ana, California  92701 | Room:<br>(6th Floor Courtroom 6A/6B) |
|---|---|---|
| Before: | MAGISTRATE JUDGE | Date: June 5, 2006<br>Time: 10:00 a.m. (INDICTMENT) |

To answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of : Title 18, United States Code, Section 1832(a); Title 18, United States Code, Section 1832(b); Title 18, United States Code, Section 1832(c)

Brief description of offense: Theft of Trade Secrets; Copy Trade Secrets; Possession of Trade Secrets

_____  on  May 12, 2006
Signature of Issuing Officer              Date

EVELYN SYNAGOGUE _____, Deputy Clerk - U.S. District Court
Name & Title of Issuing Officer

DOCKETED ON CM
JUN 2 2006
BY _____

RETURN

This summons was received by me at  Palo Alto, CA  on  May 24, 2006.

_____
Defendant

TSM:mdg   Interpreter:  ☐ Yes/Language: _____   ☒ No