GEORGE S. CARDONA
United States Attorney
WAYNE R. GROSS
Assistant United States Attorney
Chief, Santa Ana Branch
LAWRENCE E. KOLE (Cal. Bar No. 141582)
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3594
    Facsimile: (714) 338-3708

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. SA CR 06-92-DOC |
| Plaintiff, | ) |
| | ) GOVERNMENT'S PROPOSED VOIR DIRE |
| v. | ) QUESTIONS |
| | ) |
| TIEN SHIAH, | ) Trial Date: July 10, 2007 |
| | ) Time:  8:30 a.m. |
| Defendant. | ) Place:  Courtroom of the |
| | ) Honorable David O. Carter |

    Pursuant to Rule 24(a)(2)(B) of the Federal Rules of Criminal Procedure, Plaintiff United States of America respectfully requests that the court include the following questions in its examination of prospective jurors during voir dire in the trial of the above-entitled case.  The government also requests leave to submit supplemental questions during voir dire as may be necessitated by the answers of prospective jurors.

<u>Knowledge of Potential Witnesses</u>

    1.   Do you know or are you familiar with any of the following individuals, who may be witnesses in this case? [The Court is respectfully requested to read the Government's

witness list.]

<u>Attitude Toward Government and Law Enforcement</u>

    2.   Have you, any member of your family, or any close friend ever been the victim of a crime other than a minor property theft?

    3.   Have you, or any member of your family, or any of your close friends ever had a dispute with or been involved in a claim or lawsuit against an agency of the United States Government?  If so, what were the circumstances and outcome?

    4.   Some of the witnesses in this case may be law enforcement officers, including agents from the Federal Bureau of Investigation ("FBI").  Do you, or any member of your family, or any of your close friends know someone who is employed in law enforcement?  If so, does your knowledge of that person cause you to have any negative feelings about law enforcement agents?

    5.   Have you, any member of your family, or any close family friend ever been stopped, questioned, or arrested by any law enforcement officer other than for a minor traffic infraction?  If so:

        a.   When and for what kind of crime?

        b.   Do you feel you were [he or she was] treated fairly?

        c.   Would that experience in any way affect your willingness or ability to deliberate fairly in this case?

        d.   Do you have any positive or negative feelings as a result of that contact?

    6.   Have you, or any member of your family, or close

friends, ever had any unpleasant contact with any law enforcement officer?

7.  Do you have any beliefs about, or experience with, law enforcement officers that would make it in any way difficult for you to be an impartial juror in this case?

8.  Do you have any feelings against the FBI or any particular person who works for FBI?  If so, what are those feelings and what is the basis for them?

9.  Have you, any member of your family, or any close family friend ever filed a complaint, claim, or lawsuit based on the conduct of a law enforcement officer?  If so, what were the circumstances and outcome?

10. Have you, or has any member of your family or any close friend of yours, ever been incarcerated in a jail, prison, or correctional institution for any length of time?  If so:

    a.  When and for what kind of crime?

    b.  Do you feel you were [he or she was] treated fairly?

    c.  Would that experience in any way affect your willingness or ability to deliberate fairly in this case?

11. Have you, any members of your family, or any of your close friends been employed by, worked for, or had any contact with the FBI?  If so:

    a.  When did it occur and what was the nature and result of the contact?

    b.  Do you feel that you or your family member or friend was treated fairly by the agency?

<u>Computers and Information Technology Industry</u>

12. This case involves information maintained by Broadcom Corporation, a company that sells computer products. Have you, any member of your family, or any of your friends ever worked for Broadcom or in the computer or information technology industries? If so:
    a. In what capacity?
    b. At what company, when, and for how long?
    c. Did you or your associate do business with Broadcom?
    d. Does your experience or knowledge of that person cause you to have any positive or negative feelings about Broadcom or computer or information technology companies or their employees?

13. Have you, any member of your family, or any close family friend ever filed a complaint, claim, or lawsuit based on your interaction with Broadcom or a computer or information technology company? If so:
    a. What were the circumstances and outcome?
    b. Do you feel that you or your family member or friend was treated fairly?
    c. Would that experience in any way affect your willingness or ability to deliberate fairly in this case?

14. Have you, any member of your family, or any of your friends ever had any unpleasant experience with Broadcom or a computer or information technology company? If so:
    a. What was the experience and when did it occur?

          b.   Do you feel that you or your family member or friend was treated fairly?

15.   Have you, any member of your family, or any of your friends ever worked for, been in litigation with, or done business with Marvell Semiconductor Corporation or its employees? If so:

          a.   In what capacity?

          b.   When and for how long?

          c.   Does your experience or knowledge of that person cause you to have any positive or negative feelings about Marvell?

16.   Would any of you prefer, for any reason, not to be a juror in a case involving computers or information technology?

17.   Have any of you previously acted as a juror in a case involving the computer or information technology industries? If so, would that experience prevent you from giving either the government or the defendant a fair trial in this case?

18.   Do any of you have any strong feelings about companies maintaining trade secrets or confidential information?

<u>Prior Litigation</u>

19.   Have any of you or a family member or close friend ever been a party in a civil lawsuit? If so:

          a.   What type of case?

          b.   Which party were you or your associate?

          b.   Do you feel that you or your associate was treated fairly?

          c.   Would that experience in any way affect your willingness or ability to deliberate fairly in

1  this case?

Electronic Records

20. Do any of you believe that records that are created, transmitted, or maintained electronically, such as by a computer, are less reliable than paper records?

Knowledge of the Law

21. Do you have any legal training?

22. Do you have any family members or close friends who are lawyers or who work for lawyers? If so, does your knowledge of that person cause you to have any positive or negative feelings about lawyers?

Role as Juror

23. Do you have any reservations about sitting in judgment of an accused person and returning a verdict?

24. The potential punishment for the crimes charged in this case is a matter exclusively for the Court to determine. Is there any one of you who has concerns about the potential punishment for the crime charged?

25. Is there anything about the charges in this case, or anything else that you now know about this case, that makes you unwilling or reluctant to serve as a juror or causes you any reservations about your ability to hear the evidence, deliberate and return a fair and impartial verdict?

26. Do any of you have any difficulty with your language skills, hearing, sight or have medical problems that could impair your ability to devote your full attention to this trial?

Credibility

27. Does anyone feel that they are not a good judge of

credibility?

28. Does anyone feel uncomfortable judging the credibility of the witnesses who are going to testify at trial because they do not have enough experience judging whether people are telling them the truth?

<u>Deliberation</u>

29. Has anyone not had experience making group decisions either in their workplace or in their family life?

30. Does anyone have any belief that it is difficult to make decisions as part of a group?

31. If you are selected as a juror and hear this case, you will be required to deliberate with 11 other jurors. This will require you to discuss the evidence and the law in this case with the 11 other jurors. Does anyone anticipate that they will have difficulties engaging in such group discussions?

<u>Miscellaneous</u>

32. Do any of you have any objection to the manner in which the American criminal justice system operates?

33. What TV or radio programs or publications are your main source of news?

34. To what organizations do you belong?

Dated: July 3, 2007.

                              GEORGE S. CARDONA
                              United States Attorney
                              WAYNE R. GROSS
                              Assistant United States Attorney
                              Chief, Santa Ana Branch

                              _____/S/_____
                              LAWRENCE E. KOLE
                              Assistant United States Attorney

                              Attorneys for Plaintiff United States of America